IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 3:07cr151HTW-LRA

FRANKLIN OBERTO

### ORDER OF DISMISSAL, WITH PREJUDICE

THIS CAUSE having come before this Court pursuant to Defendant's Motion to Dismiss Indictment and the Court, having previously ruled in the case of United States of America v. Franklin Oberto, Criminal No. 3:06cr133HTW-JCS, that said indictment was dismissed with prejudice, and finding that the indictment pending in this case is identical in all respects to the indictment dismissed with prejudice in Criminal No. 3:06cr133HTW-JCS, does hereby find that this indictment should also be dismissed with prejudice for the same reasons the identical indictment was dismissed in Criminal No. 3:06cr133HTW-JCS.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the indictment in the above-styled matter is DISMISSED WITH PREJUDICE.

SO ORDERED on this the 31st day of January, 2008.

s/ HENRY T. WINGATE

_____
CHIEF UNITED STATES DISTRICT JUDGE

1